■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALVIN WASHINGTON, Appellant. [788 NYS2d 891]—Appeal from a

judgment of the Supreme Court, Erie County (Russell P. Buscaglia, A.J.), rendered November 4, 2002. The judgment convicted defendant, upon his plea of guilty, of attempted burglary in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Hurlbutt, J.P., Kehoe, Gorski, Pine and Hayes, JJ.